IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JENNY'S MEMORIAL BUSINESS ENTERPRISES, CHAMPIONS ENTERTAINMENT & AHAOMA B. OHIA (Plaintiffs) | ) ) ) ) ) | CASE NO. CA H-03-5873 |
| Vs. | ). ) | |
| PEACOCK FILMS/1st MIRACLE PICTURES (PFMP) & MOSHE BIBIYAN (Defendants) | ) ) ) | |

### WITNESS LIST OF JENNY'S MEMORIAL BUSINESS ENTERPRISES, CHAMPIONS ENTERTAINMENT & AHAOMA B. OHIOA

1. Bob Willems
2. Ahaoma B. Ohia
3. Dr. Bekee C. Nwakanma

Respectfully submitted,

THE LAW OFFICES OF
NWAKANMA & OKO

*[signature]*

UCHE NWAKANMA
KBN NO. 21352
FED. ID NO. 36183
CHUKWU U. OKO
LAW OFFICE OF NWAKANMA & OKO
TBN NO. 24007771
8300 BISSONNET, SUITE 330
HOUSTON, TEXAS 77074
TEL NO.: (713) 271-0711
FAX NO.: (713) 271-0725

ATTORNEYS FOR PLAINTIFF

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JENNY'S MEMORIAL BUSINESS ENTERPRISES, CHAMPIONS ENTERTAINMENT & AHAOMA B. OHIA (Plaintiffs) <br><br> Vs. <br><br> PEACOCK FILMS/1st MIRACLE PICTURES (PFMP) & MOSHE BIBIYAN (Defendants) | CASE NO. CA H-03-5873 |

**TO THE HONORABLE JUDGE OF SAID COURT:**

Attached are Plaintiffs' Evidence List and Witness Lists.

Respectfully submitted,

**THE LAW OFFICES OF NWAKANMA & OKO**

*[signature]*

UCHE NWAKANMA
KBN NO. 21352
FED. ID NO. 36183
CHUKWU U. OKO
LAW OFFICE OF NWAKANMA & OKO
TBN NO. 24007771
8300 BISSONNET, SUITE 330
HOUSTON, TEXAS 77074
TEL NO.: (713) 271-0711
FAX NO.: (713) 271-0725

**ATTORNEYS FOR PLAINTIFF**