UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JENNYS MEMORIAL BUSINESS ENTERPRISES, *et al*, | } } } |
| Plaintiffs, | } } |
| v. | } CIVIL ACTION NO. H-03-5873 } |
| PEACOCK FILMS/1ST MIRACLE PICTURES (PFMP), *et al*, | } } } |
| Defendants. | } |

### FINAL JUDGMENT

On February 15, 2007, after a trial on the damages in this default judgment pending between Plaintiffs, Jenny's Memorial Business Enterprises, Champions Entertainment, and Ahaoma B. Ohia's, and Defendants, Peacock Films/1st Miracle Pictures and Moshe Bibiyan, the Court issued its Memorandum Opinion that Plaintiffs failed to provide evidence of damages in support of an entry of default judgment. The court permitted Plaintiffs an additional thirty (30) days from the date of the order's entry to gather and present relevant evidence of damages in this matter. As of this date, no additional pleadings nor evidence have been proffered. Accordingly, it is hereby

**ORDERED** that Plaintiffs Jenny's Memorial Business Enterprises, Champions Entertainment, and Ahaoma B. Ohia's, take of Defendants, Peacock Films/1st Miracle Pictures and Moshe Bibiyan, nominal damages in the amount of One Dollar ($1.00) and shall recover of Defendants their costs of action.

SIGNED at Houston, Texas, this 26th day of March, 2007.

Melinda Harmon
United States District Judge